UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

    v.                                  Crim. No. 12-0480 (RWT)

JOSE JOAQUIN MORALES

        Defendant.

Renewal of Assertion of Speedy Trial Rights and
Motion to Accelerate Trial Date

       On November 20, 2012, the parties appeared before this court for a scheduling conference. On that date the court entered an order finding that the time from defendant's initial appearance on November 2, 2012, until the scheduled trial date of October 1, 2013, should be excluded from speedy trial calculations. Primary factors in the court's ruling were that the instant case was a potential death penalty offense and that defendant, along with the same prosecutors and defense counsel, also had a controlled substance case pending before this court. In the interim the prosecution has decided not to pursue death penalty in this case and the defendant has resolved the controlled substance case by disposition. As a result of the prosecutions decision not to pursue death penalty all dates regarding death penalty litigation have been vacated and the estimate of the trial has been reduced from 6 weeks to 4 weeks. Consequently defendant wishes to reassert his speedy trial rights and accelerate the trial date.

       WHEREFORE, for the foregoing reasons the defendant requests that this court accelerate the trial date in the instant case.

                                                        Respectfully submitted,

                                                        ___/s/_____
                                                        Jonathan Zucker, #14213

                                          1350 Connecticut Av. NW
                                          #202
                                          Washington DC.  20036
                                          (202) 624-0784
                                          _____/s/_____
                                          Gary Proctor
                                          8 East Mulberry St.
                                          Baltimore, Md. 21202
                                          410-444-1500

        <u>Certificate of Service</u>

I certify that the instant motion was filed on all parties of record by ECF filing on April 1, 2013.

_____/s/_____
Jonathan Zucker

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

    v.                                      Crim. No. 12-0480 (RWT)

JOSE JOAQUIN MORALES

        Defendant.

ORDER ACCELERATING TRIAL DATE

Upon consideration of defendant's motion renewing speedy trial rights and request to accelerate the trial date in this case, it is hereby ordered that the request is granted and that the parties shall participate on a conference call on _____ at _____ with the court to try to arrange an accelerated trial date. So ORDERED

_____
Judge Roger W. Titus    (Date)